UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bushido Capital Master Fund, L.P.,
BCMF Trustees, L.L.C.

Plaintiff,

-v-

Bionutrics, Inc.

Defendant.

Case No. 08 CV 0146 (LTS)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

BCMF Trustees, L.L.C.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

2008 JAN -7 PH 7:34
S.D. OF N.Y.

There is no such corporation.

Date: January 7, 2008

Signature of Attorney

Attorney Bar Code: PG6712

Form Rule7_1.pdf  SDNY Web 10/2007