USDC SDNY
DOCUMENT
ELECTRONICAL...
MAR 2 1 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

BUSHIDO CAPITAL MASTER FUND, L.P.,
BCMF TRUSTEES, L.L.C.

                Plaintiff,

     -against-

BIONUTRICS, INC.,

                Defendant.
-------------------------------------------------------------- x

Case No. 08 CV 0146 (LTS)

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, as follows:

1. Defendant withdraws its pending motion to dismiss the Complaint, filed on March 11, 2008.

2. Defendant consents to the filing and service of an Amended Complaint upon its counsel via hand delivery.

3. Defendant's time to answer, move or otherwise respond with respect to the Amended Complaint shall be governed by Fed. R. Civ. P. 15, measured from the later of the Court's entry of this Stipulation or service of the Amended Complaint.

Dated: New York, New York
March 19, 2008

SOLOMON, PEARL, BLUM, HEYMANN & STICH, LLP
Attorneys for Bionutrics, Inc.

By: _____
David Stich
40 Wall Street
New York, NY 10005
212-267-7600

Dated: New York, New York
March 19, 2008

CROWELL & MORING LLP
Attorneys for Bushido Capital Master Fund, L.P. and BCMF Trustees, L.L.C.

By: Peter R. Ginsberg /By
Peter R. Ginsberg (PG6712)
Attorneys for Plaintiffs
153 East 53rd Street, 31st Floor
New York, New York 10022
(212) 223-4000

This Order resolves docket entry #8.

SO ORDERED: The parties are reminded that courtesy copies of all motion papers must be supplied for chambers. See Individual Practices Rules of Judge Swain on the Court's website.

_____
The Honorable Laura T. Swain
United States District Judge

Dated: March 20, 2008.

2