UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
BUSHIDO CAPITAL MASTER FUND, L.P.,       :
                                         :  Case No. 08 CV 0146 (LTS)
                Plaintiff,                :
                                         :
            -against-                   :
                                         :
BIONUTRICS, INC.,                        :
                                         :
                Defendant.                :
------------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's Amended Complaint was served on this 20th day of March 2008 by hand on counsel for Bionutrics, Inc. as indicated below:

        SOLOMON PEARL BLUM HEYMAN &
        STICH LLP
        Attorneys for Defendant
        Bionutrics, Inc.
        40 Wall Street, 35th Floor
        New York, New York 10005
        Attention:  David P. Stich

By: _____
        Peter R. Ginsberg (PG6712)