SOLOMON PEARL BLUM HEYMANN & STICH LLP
Attorneys for Defendant
Bionutrics, Inc.
40 Wall Street, 35th Floor
New York, New York 10005
(212) 267-7600
David P. Stich

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

BUSHIDO CAPITAL MASTER FUND, L.P.,                : 08 Civ. 0146 (LTS)

          Plaintiff,                :

  -against-                               : FED. R. CIV. P. 7.1
                                      STATEMENT
                                      :

BIONUTRICS, INC.                                  :

          Defendant.                :
------------------------------------X

      DAVID P. STICH, hereby makes the following statement on behalf of Bionutrics, Inc.

      1.    I am a member of Solomon Pearl Blum Heymann & Stich LLP, attorneys for defendant Bionutrics, Inc., now known as Synovics Pharmaceuticals, Inc.

Based on information received from Synovics Pharmaceuticals, Inc., it has no parent

corporation and there is no publicly traded corporation which holds ten percent or more of its stock.

Dated: New York, New York
      April 4, 2008

                               SOLOMON PEARL BLUM HEYMANN
                               & STICH LLP

By: _____
                   David P. Stich
                   A Member of the Firm
                   Attorneys for Defendant
                   Bionutrics, Inc
                   40 Wall Street, 35th Floor
                   New York, New York 10005
                   Telephone: (212) 267-7600