SOLOMON PEARL BLUM HEYMANN & STICH LLP
Attorneys for Defendant
Bionutrics, Inc.
40 Wall Street, 35th Floor
New York, New York 10005
(212) 267-7600
David P. Stich

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

| | | |
|---|---|---|
| BUSHIDO CAPITAL MASTER FUND, L.P., | : | 08 Civ. 0146 (LTS) |
| | : | |
| Plaintiff, | | |
| | : | FED. R. CIV. P. 7.1 |
| -against- | | STATEMENT |
| | : | |
| BIONUTRICS, INC. | : | |
| Defendant. | : | |

------------------------------X

   DAVID P. STICH, hereby makes the following statement on behalf of Bionutrics, Inc.

   1.  I am a member of Solomon Pearl Blum Heymann & Stich LLP, attorneys for defendant Bionutrics, Inc., now known as Synovics Pharmaceuticals, Inc.

Based on information received from Synovics Pharmaceuticals, Inc., it has no parent

-1-

corporation and there is no publicly traded corporation which holds ten percent or more of its stock.

Dated: New York, New York
       April 4, 2008

                          SOLOMON PEARL BLUM HEYMANN
                          & STICH LLP

By: _____
     David P. Stich
     A Member of the Firm
     Attorneys for Defendant
     Bionutrics, Inc
     40 Wall Street, 35th Floor
     New York, New York 10005
     Telephone: (212) 267-7600