SOLOMON PEARL BLUM HEYMANN & STICH LLP
Attorneys for Defendant
Bionutrics, Inc.
40 Wall Street, 35th Floor
New York, New York 10005
(212) 267-7600
David P. Stich

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BUSHIDO CAPITAL MASTER FUND,
L.P.,                                          :        08 Civ. 0146 (LTS)

                                               :

                    Plaintiff,
                                               :        NOTICE OF MOTION
        -against-
                                               :

BIONUTRICS, INC.                               :

                    Defendant.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE, that upon the annexed affidavit of David P. Stich, Esq. a

partner of Solomon Pearl Blum Heymann & Stich, LLP, attorney for the defendant Bionutrics,

Inc. (now known as Synovics Pharmaceuticals, Inc.), sworn to on the 4th day of April, 2008,

the exhibits annexed thereto; and upon all other papers filed and proceedings heretofore had

herein, Bionutrics, Inc. will move this Court before the Honorable Laura Taylor Swain, United

States District Judge, United States Court House, 40 Centre Street, Room 755, New York,

New York 10007, on May 9, 2008 for an order: (1) dismissing this action pursuant to Fed. R.

Civ. P. 12(b)(1); and (2) granting Bionutrics, Inc. such other and further relief as the Court

deems just and proper.

PLEASE TAKE FURTHER NOTICE, that opposition papers shall be served pursuant to the Local Civil Rules of this Court on or before April 21, 2008.

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 2(B) of the Individual Rules of Practice of this Court, the undersigned transmitted a letter to Peter R. Ginsberg, Esq., attorney for the Plaintiff herein, on April 2, 2004 by facsimile transmission, noting the Defendant's intention to make the motion contemplated hereby, citing authorities that the Amended Complaint must be dismissed due to a lack of subject matter jurisdiction.  On April 3, 2008, I had a telephone call with Daniel Zelenko, Esq., wherein I restated the Defendant's position.  He replied that he would revert to me upon discussion with his client.  Mr. Zelendo responded by letter dated April 3, disagreeing with Defendant's argument. Thus, the undersigned believes that I have used my best efforts to comply with this Court's Individual Rules of Practice to use best efforts to resolve the matters raised by this motion.

Dated: New York, New York
      April 4, 2008

SOLOMON PEARL BLUM HEYMANN
& STICH LLP

By:_____
    David P. Stich
    A Member of the Firm
    Attorneys for Defendant
    Bionutrics, Inc
    40 Wall Street, 35th Floor
    New York, New York 10005
    Telephone: (212) 267-7600

To:    Crowell & Moring LLP
        Attorneys for Plaintiffs
        Attn.: Peter R. Ginsberg
        153 East 53rd Street, 31st Floor
        New York, New York 10022
        Telephone: (212) 223-4000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BUSHIDO CAPITAL MASTER FUND,          :
L.P., BCMF TRUSTEES, L.L.C.,

                                               :

            Plaintiffs,

                                               :          08 Civ. 0146 (LTS)

    -against-

                                             :          AFFIDAVIT OF SERVICE

BIONUTRICS, INC.,

                                             :

            Defendant.

                                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK    )
                            )     ss.:
COUNTY OF NEW YORK  )

YESENIA ZEA, being duly sworn, hereby deposes and says:

    1.     I am over eighteen years of age, not a party to this action and reside in Queens, New York.

    2.     On April 4, 2008, I served one copy of the annexed NOTICE OF MOTION, by depositing the same, enclosed in a securely sealed first class postage paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to:

        Crowell & Moring LLP
        Attorneys for Plaintiffs
        Attn.: Peter R. Ginsberg
        153 East 53rd Street, 31st Floor
        New York, New York 10022
        Telephone: (212) 223-4000

                                                                Yesenia Zea

Sworn to before me this
_____ day of April, 2008

_____
Notary Public Jill H. Teitel
Notary Public, State of New York
Registration #02TE5069470
Qualified in Kings County
My Commission Expires Nov. 25, 20__