TEL  212.267.7600
FAX  212.267.2030

## Solomon Pearl Blum Heymann & Stich LLP
Attorneys and Counselors-At-Law

40 Wall Street
35th floor
New York, NY 10005

solpearl@solpearl.com
www.solpearl.com

May 1, 2008



BY FACSIMILE TRANSMISSION
(212) 805-0426

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Bushido Capital Master Fund, L.P. and BCMG
   Trustee, L.L.C. v. Bionutrics, Inc., 08 Civ. 0146 (LTS)

Dear Judge Swain:

We are counsel to defendant Bionutrics, Inc., now known as Synovics Pharmaceuticals, Inc. in the above-referenced action.

We are writing to the Court at the suggestion of your Honor's Chambers on Friday, April 25, 2008, regarding the Preliminary Conference which was scheduled for April 18, 2008, and an adjournment of that conference for the reasons set forth below.

Plaintiffs commenced this action in early January, 2008. On January 23, 2008, the Court issued the Initial Conference Order scheduling the Preliminary Conference for April 18, 2008. In late March, 2008 we, having been retained at that time, agreed by Stipulation & Order with counsel for the Plaintiffs to permit the Plaintiffs to file an Amended Complaint due to certain issues we raised regarding subject matter jurisdiction. In response to the Amended Complaint, pursuant to your Honor's rules, our client moved to dismiss this action for lack of subject matter jurisdiction. That motion is currently in briefing.

Based on the above history, the Defendant has not yet answered the Amended Complaint. For this reason, and given the pending motion to dismiss, we believe it would be

New York
Denver
U.S. Virgin Islands

Hon. Laura Taylor Swain      - 2 -      May 1, 2008

premature to provide the Preliminary Pre-Trial Statement and hold a Preliminary Conference since issue has not yet been joined.

Accordingly, we would request that the Preliminary Conference be adjourned until the pending motion is decided and, if the Amended Complaint is not dismissed, the Defendant has answered the Amended Complaint. Counsel for Plaintiffs consents to this relief and has approved a draft of this letter in advance.

So that the Court is also aware, the parties have discussed settlement and have come up with an outline of a potential settlement agreement. As a result, we would also request that the pending motion to dismiss be adjourned to June 4, 2008, with the plaintiff's opposition due on May 22, 2008, and defendant's reply due June 2, 2008.

Respectfully,

David P. Stich

cc: Daniel Zelenko, Esq. (by email)

*The briefing schedule extensions requested are approved. The motion will be taken on submission. The conference is adjourned to September 19, 2008, at 10:30 AM.*

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

5/1/08

Solomon Pearl Blum Heymann & Stich LLP