USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
BUSHIDO CAPITAL MASTER FUND, L.P.,          :   Case No. 08 CV 0146 (LTS)
                                             :
                       Plaintiff,            :
                                             :
        -against-                            :
                                             :
BIONUTRICS, INC.,                            :
                                             :
                       Defendant.            :
                                             :
--------------------------------------------------------------x

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, as follows:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss, originally due on May 22, 2008, shall be due June 6, 2008.

2. Defendant's reply to Plantiff's Opposition to the Motion to Dismiss, originally due on June 2, 2008, shall be due on June 16, 2008.

Dated: New York, New York
May 22, 2008

SOLOMON, PEARL, BLUM, HEYMANN & STICH, LLP
Attorneys for Bionutrics, Inc.

By: _____
David Stich
40 Wall Street
New York, NY 10005
212-267-7600

Dated: New York, New York
May ____, 2008

CROWELL & MORING LLP
Attorneys for Bushido Capital Master Fund, L.P.

By: _____
Peter R. Ginsberg (PG6712)
Attorneys for Plaintiffs
153 East 53rd Street, 31st Floor
New York, New York 10022
(212) 223-4000

SO ORDERED:

_____
The Honorable Laura T. Swain
United States District Judge

Dated: May 27, 2008.

2